**JUDGE ZAGEL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**MAGISTRATE JUDGE VALDEZ**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **08CR 0111** |
| | ) | |
| v. | ) | Violation: Title 18, United |
| | ) | States Code, Section 876(c) |
| ANTHONY MEYERS | ) | |

**FILED**

### COUNT ONE

FEB - 5 2008
FEB 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

On or about December 7, 2007, at Chicago, in the Northern District of Illinois, Eastern Division and elsewhere,

ANTHONY MEYERS

defendant herein, knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication with his name addressed to a person, namely, a letter addressed to "Victim A," a United States judge, which contained a threat to injure Victim A;

In violation of Title 18, United States Code, Section 876(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY