UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 111 |
| | ) | |
| ANTHONY MEYERS | ) | Judge James B. Zagel |

**PETITION FOR WRIT OF HABEAS CORPUS *AD PROSEQUENDUM*** 

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

| | |
|---|---|
| Name: | Anthony Meyers |
| Date of Birth: | January 1, 1978 |
| Sex: | Male |
| Race: | Hispanic |
| Prisoner No.: | 941786 |

has been and now is, in due form and process of law, detained in the following institution:

Westville Correctional Facility, Westville, Indiana.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with a violation of Title 18 U.S.C. § 876(c), and is now wanted in such division and district on March 20, 2008 at 10:00 a.m. for arraignment before Judge Maria Valdez, Courtroom 1300.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus *Ad Prosequendum* directed to the following persons:

Case 1:08-cr-00111    Document 6    Filed 02/25/2008    Page 2 of 2

| | |
|---|---|
| Mr. Kim Widup | Mr. Bill Wilson |
| U.S. Marshal | Superintendent |
| U.S. Marshal's Service | Westville Correctional Facility |
| 219 S. Dearborn St., Suite 2444 | P.O. Box 473 |
| Chicago, Illinois 60604 | Westville, Indiana 46391 |

commanding them to produce the body of the prisoner before this Court at the specified time and date, and that the prisoner shall be so produced pursuant to the Writ, and that when these proceedings have been so terminated, that ANTHONY MEYERS be returned forthwith to said institution from which he was brought.

                                        Respectfully submitted,

                                        PATRICK J. FITZGERALD
                                        United States Attorney

                            By:   s/ Steven A. Block
                                    STEVEN A. BLOCK
                                    Assistant U. S. Attorney
                                    (312) 886-7647