# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 111 | **DATE** | 2/27/2008 |
| **CASE TITLE** | UNITED STATES vs. ANTHONY MEYERS | | |

**DOCKET ENTRY TEXT**

Petition for writ of habeas corpus is [6] is granted. Enter order to issue a writ of habeas corpus ad prosequendum returnable on 3/20/2008 at 10:00 a.m. before Magistrate Judge Maria Valdez for an arraignment.

Docketing to mail notices.

Writ issued
2/28/08

| | Courtroom Deputy Initials: | DW |
|---|---|---|

Case 1:08-cr-00111    Document 7    Filed 02/27/2008    Page 1 of 1

08CR111 UNITED STATES vs. ANTHONY MEYERS                                    Page 1 of 1