UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  08 CR 111 |
| | ) | |
| ANTHONY MEYERS | ) | Judge James B. Zagel |

### ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name:                Anthony Meyers
Date of Birth:
Sex:
Race:
Prisoner No.:

has been and now is, in due process of law, incarcerated in the following institution:

Westville Correctional Center, Westville, Indiana

and that said defendant is charged in the above-captioned case with violations of Title 18, United States Code, Section 876(c), and that said defendant should appear in this case in the United States District Court at Chicago, Illinois on March 20, 2008 at 10:00 a.m. for arraignment before Judge Maria Valdez, Courtroom 1300.

IT IS THEREFORE ORDERED that the following persons:

Mr. Kim Widup
U.S. Marshal
U.S. Marshal's Service
219 S. Dearborn St., Suite 2444
Chicago, Illinois 60604

Mr. Bill Wilson
Superintendent
Westville Correctional Facility
P.O. Box 473
Westville, Indiana 46391

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus *Ad*

*Prosequendum*, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
Hon. James B. Zagel
United States District Judge

DATED at Chicago, Illinois
this 27th day of February, 2008