MHN

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 08-CR-111

United States of America
v.
Anthony Meyers                                           08CR111

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant

FILED
3-20-2008
MAR 20 2008

JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT

| NAME (Type or print) |
|---|
| Timothy P. O'Connor |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Ty P. C— |

| FIRM |
|---|
| Meyer + O'Connor LLC |

| STREET ADDRESS |
|---|
| Suite 2210, 29 S. Clark |

| CITY/STATE/ZIP |
|---|
| Chicago IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6201721 | 312-346-9000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ✓