| | | | |
|---|---|---|---|
| IN UNITED STATES | ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
| IN THE CASE OF | USA v.s. Anthony Meyers  FOR Northern Illinois  AT Chicago  08 CR 811 | | |
| PERSON REPRESENTED (Show your full name) | Anthony Meyers | 1 ☒ Defendant—Adult  2 ☐ Defendant - Juvenile  3 ☐ Appellant  4 ☐ Probation Violator  5 ☐ Parole Violator  6 ☐ Habeas Petitioner  7 ☐ 2255 Petitioner  8 ☐ Material Witness  9 ☐ Other | DOCKET NUMBERS  Magistrate  District Court 08 CR 811  Court of Appeals |
| CHARGE/OFFENSE (describe if applicable & check box →) | 08 CR 876(c) | ☒ Felony  ☐ Misdemeanor | |

FILED
MAR 20 2008
JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment _____
- How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED $ _____    SOURCES _____
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE _____    DESCRIPTION _____
IF YES, GIVE THE VALUE AND DESCRIBE IT

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|---|
| | | None | $ None | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3-20-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Anthony Meyers*