UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CR 111 |
| | ) | |
| ANTHONY MEYERS, | ) | Judge James B. Zagel |
| | ) | |
| Defendant. | ) | |

**DEFENDANT ANTHONY MEYER'S AGREED MOTION
TO EXTEND TIME TO SERVE AND FILE 12.2 NOTICES**

Defendant Anthony Meyers ("Meyers"), by and through his attorney, Timothy P. O'Connor, respectfully requests pursuant to Fed. R. Crim. P. 45(b)(1) (A) that this Court extend by 45 days the deadline (currently April 17, 2008) to serve and file a Notice of intent to raise an insanity defense and a Notice of intent to introduce expert testimony with respect to the defendant's mental condition or any mental defect or disease pursuant to Fed. R. Crim. P. 12.2 (a), (b). In support thereof, Meyers states as follows:

1. Mr. Meyers is charged with mailing a threatening letter to a federal judge in violation of 18 U.S.C. § 876(c).

2. At the time of the events at issue, Meyers was incarcerated in the Indiana prison system.

3. Documents from the Indiana prison system produced by the government in discovery reflect that Meyers has been diagnosed with numerous serious mental illnesses and deficits, including schizophrenia, borderline personality disorder and mental retardation. The documents also reflect that Meyers was treated with various drugs by medical professionals working with the Indiana prison system.

4.　　On March 20, 2008, this Court set an April 17, 2008 deadline for the filing of Pretrial Motions. This deadline also applies to service and filing of a Notice of intent to raise an insanity defense and a Notice of intent to introduce expert testimony with respect to the defendant's mental condition or any mental defect or disease pursuant to Fed. R. Crim. P. 12.2. Fed. R. Crim. P. 12.2 (a), (b).

5.　　Meyers requests 45 additional days to serve and file the Notices contemplated by Fed. R. Crim. P. 12.2 (a), (b). This additional time will allow Mr. Meyers to collect his medical records (Meyers was, among other things, treated in Florida and Utah in addition to being treated in Indiana) and for an analysis of those records and other matters relevant to the Notices contemplated by Fed. R. Crim. P. 12.2 (a), (b).

6.　　Counsel for Meyers (Timothy P. O'Connor) has spoken with counsel for the government (Steven Bloch), and counsel for the government has stated that the government agrees to this Motion.

7.　　Meyers does not object to excluding time under the Speedy Trial Act during the 45 day extension for serving and filing 12.2 Notices contemplated herein.

WHEREFORE, Defendant Anthony Meyers respectfully requests pursuant to Fed. R. Crim. P. 45(b)(1) (A) that this Court extend by 45 days the deadline (currently April 17, 2008) to serve and file a Notice of intent to raise an insanity defense and a Notice of intent to introduce expert testimony with respect to the defendant's mental condition or any mental defect or disease pursuant to Fed. R. Crim. P. 12.2 (a), (b).

Date: April 15, 2008　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　ANTHONY MEYERS

　　　　　　　　　　　　　　　　　　　　　　　By: s/ Timothy P. O'Connor
　　　　　　　　　　　　　　　　　　　　　　　　　His Attorney

Timothy P. O'Connor
MEYER & O'CONNOR, LLC
Suite 2210
20 South Clark Street
Chicago, IL 60603
312-346-9000

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing DEFENDANT ANTHONY MEYERS AGREED MOTION TO EXTEND TIME TO SERVE AND FILE 12.2 NOTICES to be served upon

> AUSA Steven Bloch
> United States Attorney's Office
> 219 S. Dearborn St.
> Chicago, IL 60604

by electronic service on this 15th day of April, 2008.

                                                          s/Timothy P. O'Connor