IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08- CR-111 |
| | ) | Hon. James B. Zagel |
| v. | ) | |
| | ) | |
| ANTHONY MEYERS, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT MEYER'S AGREED MOTION FOR AUTHORIZATION TO EMPLOY PSYCHIATRIST OR OTHER MENTAL HEALTH PROFESSIONAL**

Defendant Anthony Meyers, by his attorney, respectfully requests that this Court authorize his counsel to employ a psychiatrist or other mental health professional under the Criminal Justice Act to assist counsel in assessing Mr. Meyers' case. In support thereof, counsel states as follows:

1. Mr. Meyers is charged with mailing a threatening letter to a federal judge in violation of 18 U.S.C. § 876(c).

2. At the time of the events at issue, Mr. Meyers was incarcerated in the Indiana prison system.

3. Documents from the Indiana prison system produced by the government in discovery reflect that Mr. Meyers has been diagnosed with numerous serious mental illnesses and deficits, including schizophrenia, borderline personality disorder and mental retardation. The documents also reflect that Mr. Meyers was treated with various drugs by medical professionals working with the Indiana prison system.

4. Contemporaneous with this Motion, Meyers has filed a Motion to Extend the Deadline to File and Serve Notices under Rule 12.2 concerning any defense of insanity or similar defense and any intent to call an expert witness to testify in support of such a defense. As explained in that Motion, Meyers requests 45 additional days to gather all of his medical records and have those records and other matters relevant to Rule 12.2 Notices assessed by a trained mental health professional.

5. Meyers respectfully submits that, in order to determine whether any Notice under Rule 12.2 is warranted in this case, he needs the assistance of a trained mental health professional such as a psychiatrist. Meyers' counsel presently is trying to locate a psychiatrist or other mental health professional to serve in this capacity.

6. Counsel for Meyers (Timothy P. O'Connor) has spoken with counsel for the government (Steven Bloch), and counsel for the government has stated that the government agrees to this Motion.

WHEREFORE, defendant Anthony Meyers, by his attorney, respectfully requests that this Court authorize his counsel to employ a psychiatrist or other mental health professional under the Criminal Justice Act

Date: April 15, 2008.                                    Respectfully submitted,

                                                         ANTHONY MEYERS

                                                         By: /s Timothy P. O'Connor
                                                              His Attorney

Timothy P. O'Connor
MEYER & O'CONNOR, LLC
Suite 2210
20 S. Clark Street
Chicago IL 60603
(312)-346-9000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby states that he caused a copy of the foregoing DEFENDANT MEYER'S AGREED MOTION FOR AUTHORIZATION TO EMPLOY PSYCHIATRIST OR OTHER MENTAL HEALTH PROFESSIONAL to be served upon

Steven Bloch
Assistant United States Attorney
219 S. Dearborn
Chicago IL 60604

by electronic service on this 15th day of April, 2008.

/s Timothy P. O'Connor