IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | No. 08- CR-111 | |
| | ) | Hon. James B. Zagel | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| ANTHONY MEYERS, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## DEFENDANT MEYERS' AGREED MOTION
## FOR EARLY RETURN OF TRIAL SUBPOENAS

Defendant Anthony Meyers respectfully requests that this Court enter an Order allowing for the early return of trial subpoenas, a request to which the government has agreed through its counsel, Steven Bloch. Allowing the early return of trial subpoenas will assist Meyers greatly in gathering his medical records for purposes of determining whether to file and serve Notices under Rule 12.2 in this case, as set forth in greater length in Meyer's Motion, filed contemporaneously herewith, to extend the time to file and serve such Notices.

Date: April 15, 2008.                                          By: /s Timothy P. O'Connor

Timothy P. O'Connor
MEYER & O'CONNOR, LLC
Suite 2210
20 S. Clark Street
Chicago IL 60603
(312)-346-9000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby states that he caused a copy of the foregoing DEFENDANT MEYERS' AGREED MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS to be served upon

Steven Bloch
Assistant United States Attorney
219 S. Dearborn
Chicago IL 60604

by electronic service on this 15th day of April, 2008.

/s Timothy P. O'Connor