IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08- CR-111 |
| | ) | Hon. James B. Zagel |
| v. | ) | |
| | ) | |
| ANTHONY MEYERS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:  Steven Bloch
     Assistant United States Attorney
     219 S. Dearborn
     Chicago IL 60604

   PLEASE TAKE NOTICE THAT at 10:15 am on Thursday, April 17, 2008, I shall appear before the Hon. James B. Zagel in Courtroom 2503 of the United States Court House, 219 S. Dearborn, Chicago IL 60604, and then and there present DEFENDANT MEYERS' AGREED MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS, a copy of which is attached and hereby served upon you.

Date: April 15, 2008.                                     By: /s Timothy P. O'Connor

Timothy P. O'Connor
MEYER & O'CONNOR, LLC
Suite 2210
20 S. Clark Street
Chicago IL 60603
(312)-346-9000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby states that he caused a copy of the foregoing

NOTICE OF MOTION to be served upon

Steven Bloch
Assistant United States Attorney
219 S. Dearborn
Chicago IL 60604

by electronic service on this 15th day of April, 2008.

/s Timothy P. O'Connor