## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 111 | **DATE** | 3/20/2008 |
| **CASE TITLE** | UNITED STATES vs. ANTHONY MEYERS | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to the indictment. Rule 16 conference deadline 3/27/207. Pretrial motion deadline 4/17/2008. Status hearing set for 4/24/2008 at 10:00 a.m. Defendant ordered detained at the Metropolitan Correctional Center until 3/27/2008 and until further order of court. Order time excluded in the interest of justice pursuant to 18:3161(h)(8)(B)(iv) from 3/20/2008 to 4/24/2008. (X-E)

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | DW |
|---|---|---|