# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 111 | **DATE** | 4/17/2008 |
| **CASE TITLE** | UNITED STATES vs. ANTHONY MEYERS | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion for extension of time to file and serve 12.2 notices until 6/5/2008 [11] is granted. Defendant's motion for authorization to employ psychiatrist or other mental health professional [13] is granted. Plaintiff's motion for early return of trial subpoena [15] is granted. Status hearing reset for 5/13/2008 at 10:00 a.m. from 4/24/2008. Order time excluded in the interest of justice pursuant to 18:3161(h)(8)(B)(iv) from 4/24/2008 to 5/13/2008 is granted.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | DW |
|---|---|---|