UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CR 111 |
| | ) | |
| ANTHONY MEYERS, | ) | Judge James B. Zagel |
| | ) | |
| Defendant. | ) | |

**DEFENDANT ANTHONY MEYERS' UNOPPOSED MOTION
TO EXTEND TIME TO FILE MOTION TO SUPPRESS**

Defendant Anthony Meyers ("Meyers"), by and through his attorney, Timothy P. O'Connor, respectfully requests pursuant to Fed. R. Crim. P. 12 and 45(b)(1)(A) that this Court extend the deadline to file a Motion to Suppress – which was April 17, 2008 – by 45 days so that the deadline to file a Motion to Suppress will be the same as the deadline for Meyers to file and serve Rule 12.2 Notices, which the Court previously extended 45 days, from April 17, 2008 to June 5, 2008. In support thereof, Meyers states as follows:

1. Meyers is charged with mailing a threatening letter to a federal judge in violation of 18 U.S.C. § 876(c).

2. At the time of the events at issue, Meyers was incarcerated in the Indiana prison system.

3. Documents produced by the government in discovery reflect that Meyers was interviewed at an Indiana prison by officers from the US Marshals Service and that, after being informed of his rights and waiving his rights, he made statements to the Marshals and provided handwriting exemplars to the Marshals.

4. On March 20, 2008, this Court set an April 17, 2008 deadline for the filing of Pretrial Motions. Although Meyers sought and received a 45 day extension of the April 17 deadline for the filing of Rule 12.2 Notices, Meyers did not request an extension of the deadline for filing a Motion to Suppress.

5. Meyers now requests that the 45 day extension that he received to serve and file Rule 12.2 Notices also apply to the deadline to file a Motion to Suppress.

6. Fed. R. Crim. P. 12 provides that such an extension may be granted where there is "good cause." Here, Meyers, who documents produced by the government indicate is laboring under severe mental illness and was medicated while in Indiana custody, disclosed additional information to his counsel since the last court hearing that leads counsel to now believe that the decision whether or not to file a Motion to Suppress should be made at the same time, and in light of the same information informing, the decision whether to serve and file Rule 12.2 Notices.

7. Counsel for Meyers (Timothy P. O'Connor) has spoken with counsel for the government (Steven Block), and counsel for the government has stated that the government does not oppose this Motion.

8. Meyers notes that time under the Speedy Trial Act already is excluded during the 45 day extension for serving and filing 12.2 Notices that this Court previously granted.

WHEREFORE, Defendant Anthony Meyers respectfully requests pursuant to Fed. R. Crim. P. 12 and 45(b)(1) (A) that this Court extend by 45 days the April 17 deadline deadline file a Motion to Suppress, from April 17, 2008 to June 5, 2008, which also is the current due date for 12.2 Notices .

Date: May 9, 2008                                         Respectfully submitted,

                                                          ANTHONY MEYERS

                                                          By: s/ Timothy P. O'Connor
                                                                  His Attorney




Timothy P. O'Connor
MEYER & O'CONNOR, LLC
Suite 2210
20 South Clark Street
Chicago, IL  60603
312-346-9000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing DEFENDANT MEYERS' UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION TO SUPPRESS to be served upon

AUSA Steven Block
United States Attorney's Office
219 S. Dearborn St.
Chicago, IL 60604

by electronic service on this 9th day of May, 2008.

s/Timothy P. O'Connor