IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | No. 08- CR-111 | |
| | ) | Hon. James B. Zagel | |
| v. | ) | | |
| | ) | | |
| ANTHONY MEYERS, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## NOTICE OF MOTION

To:   Steven Block
      Assistant United States Attorney
      219 S. Dearborn
      Chicago IL 60604

    PLEASE TAKE NOTICE THAT at 10:15am on Tuesday, May 13, 2008, I shall appear before the Hon. James B. Zagel in Courtroom 2503 of the United States Court House, 219 S. Dearborn, Chicago IL 60604, and then and there present DEFENDANT MEYERS' UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION TO SUPPRESS, a copy of which is attached and hereby served upon you.

Date: May 9, 2008.                                                    By: /s Timothy P. O'Connor

Timothy P. O'Connor
MEYER & O'CONNOR, LLC
Suite 2210
20 S. Clark Street
Chicago IL 60603
(312)-346-9000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby states that he caused a copy of the foregoing

NOTICE OF MOTION to be served upon

Steven Block
Assistant United States Attorney
219 S. Dearborn
Chicago IL 60604

by electronic service on this 9th day of May, 2008.

/s Timothy P. O'Connor