UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CR 111 |
| | ) | |
| ANTHONY MEYERS, | ) | Judge James B. Zagel |
| | ) | |
| Defendant. | ) | |

**DEFENDANT ANTHONY MEYER'S MOTION
FOR PERMISSION TO EMPLOY PSYCHIATRISTS AND FOR
EXTENSION OF TIME TO FILE PRETRIAL MOTIONS AND 12.2 NOTICES**

Defendant Anthony Meyers ("Meyers"), by and through his attorney, Timothy P. O'Connor, respectfully requests that this Court allow him to employ under the Criminal Justice Act Dr. David W. Carrington and Orest Eugene Wasyliw, Ph.D., of Cavanaugh & Associates, to assist him in deciding whether to serve and file a Notice of intent to raise a defense of insanity or other mental defect and a Notice of intent to introduce expert testimony with respect to the defendant's mental condition or any mental defect or disease pursuant to Fed. R. Crim. P. 12.2 (a), (b). In addition, Meyers requests 30 days from the appointment of Drs. Carrington and Wasyliw, in the event that the Court agrees to appoint them, to (1) serve and file a Notice of intent to raise a defense of insanity or other mental defect and a Notice of intent to introduce expert testimony with respect to the defendant's mental condition or any mental defect or disease pursuant to Fed. R. Crim. P. 12.2 (a), (b) and (2) file pretrial motions. In support thereof, Meyers states as follows:

1. Mr. Meyers is charged with mailing a threatening letter to a federal judge in violation of 18 U.S.C. § 876(c).

2. At the time of the events at issue, Meyers was incarcerated in the Indiana prison system.

3. Documents from the Indiana prison system produced by the government in discovery reflect that Meyers has been diagnosed with numerous serious mental illnesses and deficits, including schizophrenia, borderline personality disorder and mental retardation. The documents also reflect that Meyers was treated with various drugs by medical professionals working with the Indiana prison system.

4. The Court has extended the deadline for Rule 12.2 Notices and pretrial motions to two weeks beyond June 5, 2008.[1]

5. Counsel for Meyers has had discussion with Cavanaugh & Associates, which is run by Dr. James Cavanaugh, who is affiliated with the Isaac Ray Center. Cavanaugh & Associates has offered Drs. Carrington and Wasyliw, who have extensive experience in assessing the mental health of those accused of crime, to assist counsel for Meyers in this case. A cover letter from Cavanaugh & Associates and the resumes of Drs. Carrington and Wasyliw are attached hereto as Exhibit A.

6. However, Cavanugh & Associates charges rates for Drs. Carrington and Wasyliw that are significantly higher than the amounts allotted under the Criminal Justice Act for psychiatric assistance. In particular, as set forth in the cover letter from Cavanaugh & Associates attached hereto as part of Exhibit A, Cavanaugh & Associates seeks a retainer of $3800.00 and charges several hundred dollars per hour for review of records ($380.00 per hour), psychological evaluation ($365.00 per hour) and $800.00 per hour for court room testimony.

---

[1] Counsel for Meyers believes that at the last hearing the Court extended the deadline for pretrial motions and 12.2 Notices by two weeks beyond June 5, the current deadline based upon the docket at present, but the docket does presently reflect a June 5 deadline for these submissions.

7. In further discussions with Cavanaugh & Associates, counsel has been informed that Cavanaugh & Associates estimates that it could complete work in this case – exclusive of any court room testimony – for approximately $7,000.00.

8. Meyers respectfully seeks leave to employ Cavanaugh & Associates and Drs. Carrington and Wasyliw to assist him in determining whether to file and serve 12.2 Notices. Their assessments also will inform Meyer's decision whether or not to file pretrial motions.

9. Assuming that the Court agrees to appoint Drs. Carrington and Wasyliw, Meyers also seeks 30 days from the date of their appointment to file and serve 12.2 Notices and pretrial motions.

10. Meyers expects to file a memorandum tomorrow in support of this Motion and also to bring to the hearing on this Motion a copy of Meyers' medical records for the Court's review.

11. Meyers does not object to excluding time under the Speedy Trial Act during the extension requested herein.

WHEREFORE, defendant Anthony Meyers respectfully requests that this Court allow him to employ under the Criminal Justice Act Dr. David W. Carrington and Orest Eugene Wasyliw, Ph.D., of Cavanaugh & Associates, to assist him in deciding whether to serve and file a Notice of intent to raise a defense of insanity or other mental defect and a Notice of intent to introduce expert testimony with respect to the defendant's mental condition or any mental defect or disease pursuant to Fed. R. Crim. P. 12.2 (a), (b).  In addition, Meyers requests 30 days from the appointment of Drs. Carrington and Wasyliw, in the event that the Court agrees to appoint them, to (1) serve and file a Notice of intent to raise a defense of insanity or other mental defect and a Notice of intent to introduce expert testimony with respect to the defendant's mental condition or any mental defect or disease pursuant to Fed. R. Crim. P. 12.2 (a), (b) and (2) file pretrial motions.

Date: June 3, 2008                                           Respectfully submitted,

                                                             ANTHONY MEYERS

                                                             By: s/ Timothy P. O'Connor
                                                                  His Attorney


Timothy P. O'Connor
MEYER & O'CONNOR, LLC
Suite 2210
20 South Clark Street
Chicago, IL  60603
312-346-9000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing to be served upon

> AUSA Steven Bloch
> United States Attorney's Office
> 219 S. Dearborn St.
> Chicago, IL 60604

by electronic service on this 3rd day of June, 2008.

s/Timothy P. O'Connor