# Cavanaugh & Associates

1725 West Harrison Street, Suite 110
Chicago, Illinois 60612

(312) 829-1463
Facsimile: (312) 829-1476

James L. Cavanaugh, Jr., M.D.

Katie A. Busch, M.D.
David W. Carrington, M.D.
Peter M. Fink, M.D.
Aimee St. Pierre, M.D.
Lisa A. Rone, M.D.
Abigail B. Sivan, Ph.D.
Orest Eugene Wasyliw, Ph.D.

Associates

David E. Hartman, Ph.D.
Daniel Loiterstein, M.D.

Consultants

Janice S. Blaney
Administrative Manager
Direct Phone: 312-942-4046

April 30, 2008

Mr. Timothy O'Connor
Meyer & O'Connor
20 S. Clark Street, Suite 2210
Chicago, IL 60606

Re: United States v. Anthony Meyers

Dear Mr. O'Connor:

Cavanaugh and Associates requires a retainer fee of $3,800.00 for the services of Dr. Carrington, to cover the first ten hours of work. This retainer is immediately applied towards your first monthly statement for services rendered. Any unused portion of this retainer will be returned. Our fees are $380.00 an hour for record reviews, psychiatric examinations, report writing, telephone conferences, meetings, and research/literature reviews. There is an additional charge of $800.00 an hour for hearings, deposition/trial testimony, or any other type of formal testimony when needed. Our psychologist charges will be $365.00 an hour for psychological evaluation/testing, report writing, telephone conferences, meetings, and research/literature reviews.

If there are any consultative charges for other services outside our specialty (i.e. neurology, neuroradiology, internal medicine, etc.), we will pay them directly through Cavanaugh and Associates and then bill you for these services. We will also need to be reimbursed for travel and hotel fees that are incurred by C & A or our outside consultants. Again, we will pay these fees directly and bill you for these charges.

For cases in deposition or trial phases, settlements or continuations in which our office has not been notified 96 hours (4 days) in advance of the cancellation of need for appearance, you will be charged at the prevailing rate of $800/hour for the time originally scheduled.

*EXHIBIT A*

Page 2

Cancelled psychiatric examinations or "no shows" and cancelled psychological/neuropsychological testing sessions or "no shows" will be charged unless arrangements are made with our office 72 hours in advance of the scheduled appointment. Our professional staff cannot "make up" the lost time with another client, unless three working days are provided.

Our tax identification number is 36-2856987. All materials pertaining to your case are to be sent to the above address. Upon receipt of your records, retainer fee, and signed fee agreement letter, which must be on the letterhead of the party or company guaranteeing our fees, we will proceed with working on your case.

If you have any questions, please do not hesitate to call me at (312) 942-4046 or (312) 829-1463.

Sincerely,

Janice Blaney
Administrative Manager

JB/bc

# Orest Eugene Wasyliw, Ph.D.

## *CURRICULUM VITAE*

## EDUCATION

| *Year* | *Degree* | *School* |
|---|---|---|
| 1963-1965 | | DePaul University |
| 1965-1967 | B.A. | University of Illinois at Chicago |
| 1970-1974 | M.A. | University of Illinois at Chicago |
| 1974-1976 | | Traineeship: Veterans Administration Outpatient Clinic, Los Angeles, CA |
| 1976-1980 | Ph.D. | University of Illinois at Chicago |

## MILITARY EXPERIENCE

| *Year* | *Rank* | *Position* |
|---|---|---|
| 1967-1968 | 2LT | Mechanized Infantry Platoon Leader, Fort Carson, CO |
| 1968-1969 | 1LT | Infantry Platoon Leader, and Mobile Advisory Team Leader Republic of Vietnam |
| 1969-1970 | CPT | Garrison Commander, Camp McCoy, WI |

Orest Eugene Wasyliw, Ph.D.
Page - 2 -

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1970-1973 | Teaching Assistant: University of Illinois at Chicago Circle. |
| Sep-Dec, 1971 | Diagnostic Practicum: Psychiatric Institute of the Circuit Court of Cook County, IL |
| Jun-Sep, 1972 | Diagnostic Practicum: Illinois State Pediatric Institute, Chicago, IL. |
| 1973-1974 | Clinical Psychology Trainee (Level II): West Side Veterans Administration Hospital, Chicago, IL. Group therapy of Vietnam-era veterans. |
| 1974-1976 | Clinical Psychology Trainee (Levels III & IV: Veterans Administration Outpatient Clinic, Los Angeles, CA. Psychotherapy: long-term individual, group, supportive, marital, assertion training, relaxation, and desensitization techniques). Assessment: Intake evaluations, intelligence testing, personality and psychopathology testing, neuropsychological assessment. |
| Jan-Jul, 1975 | Clinical Associate: Los Angeles Suicide Prevention Center. |
| 1976-1977 | Lecturer in Psychology: DePaul University, Chicago, IL. Introductory Psychology, Psychopathology, Personality Adjustment & Mental Health. |
| 1977-1978 | Lecturer in Psychology: St. Xavier College, Chicago, IL. Introductory Psychology, Psychopathology. |
| 1979-1980 | Research Consultant: Section on Psychiatry & Law, Rush Presbyterian St. Luke's Medical Center, Chicago, IL. Preparation of research projects and publications in forensic psychology and psychiatry. |
| 1980-8/2/02 | Clinical & Senior Clinical Psychologist, Isaac Ray Center (Inc.), Chicago, IL. Director of Adult Clinical Psychology. Criminal forensic evaluations (sanity, fitness, etc.), treatment for mentally disordered offenders, coordination with criminal justice and state mental health systems, development of administrative and training programs, evaluation of police |

Orest Eugene Wasyliw, Ph.D.
Page - 3 -

|  |  |
|---|---|
|  | officers for fitness for duty, public safety pre-hire evaluations, child custody evaluations, sex offender and sexually violent person evaluations. Training services and risk assessment evaluations for United States Secret Service. |
| 1981-Present | Assistant Professor, Departments of Psychiatry and Psychology, Rush Medical College. Affiliated Scientist, Medical Staff, Presbyterian St. Luke's Hospital. Extra-mural training of mental health staffs and correctional personnel. Teaching and supervision of psychiatric residents, psychology graduate students, medical students, and post-doctoral forensic fellows in psychological testing, forensic psychology, and neuropsychology. Original research in forensic psychiatry & psychology, and psychological testing. Visiting professor of psychology: Cermak Hospital Health Services (Mental Health/Psychology). |
| 1981-Present | Private practice in clinical, forensic, and neuropsychology. (Currently, consultant to the Isaac Ray Forensic Group, LLC, and Cavanaugh & Associates). Diagnostic & treatment planning evaluations. Risk assessment. Criminal & civil forensic evaluations. Evaluation of police officers for fitness for duty, public safety pre-hire evaluations, child custody evaluations. Sex offender and sexually violent person evaluations. Training services and risk assessment evaluations for United States Secret Service. |
| 1987-Present | Invited reviewer: *Orthopsychiatry; Journal of Consulting and Clinical Psychology; Journal of Personality Assessment*. Reviewer for American Psychological Association Annual Convention submissions, Division 41 (Psychology & Law). Test reviewer for the *Buros Mental Measurements Yearbook*. |
| 7/1/02-8/1/03 | Isaac Ray Center,(Inc., Chicago, IL. Psychiatric patient/ detainee community linkage counseling & coordination for the Illinois Department of Health Services and Illinois Department of Corrections (Cook County Jail). |

Orest Eugene Wasyliw, Ph.D.
Page - 4 -

## LICENSURE & REGISTRATION

| | |
|---|---|
| 1981-1988 | Registered Psychologist
State of Illinois |
| 1989-Present | Licensed Clinical Psychologist
State of Illinois |
| 1982-Present | National Register of Health Service Providers in Psychology |

## RECOGNITION

1988        Walter G. Klopfer Award for Outstanding Contribution to the Literature in Personality Assessment. *Society for Personality Assessment,* for the study: Wasyliw, O.E., Grossman, L.G., Cavanaugh, J.L., & Haywood, T. (1988) The detection of malingering in forensic groups: MMPI validity scales. *Journal of Personality Assessment.*

2002        Walter G. Klopfer Award for Outstanding Contribution to the Literature in Personality Assessment. *Society for Personality Assessment,* for the study: Grossman, L.S. Wasyliw, O.E., Benn, A, & Gyuorkoe, K.L. (2002) Can sex offenders who minimize on the MMPI conceal psychopathology on the Rorschach? *Journal of Personality Assessment*

## PROFESSIONAL AFFILIATIONS

*American Psychological Association*
    *Divisions of Clinical, Forensic, and Neuropsychology*
*American Psychology & Law Society*
*American College of Forensic Psychology*
*Association for the Advancement of Psychology*
*Illinois Psychological Association*
*Midwest Neuropsychology Group*
*National Academy of Neuropsychology*
*Society for Personality Assessment*

Orest Eugene Wasyliw, Ph.D.
Page - 5 -

## PUBLICATIONS

Cavanaugh, J.L., Rogers, R., & Wasyliw, O.E. (1981). Mental illness and antisocial behavior. In W.H. Reid (Ed.). *The treatment of antisocial syndromes.* (pp. 3-19). New York: Van Nostrand Reinhold.

Cavanaugh, J.L., Rogers, R., & Wasyliw, O.E. (1982). A computerized assessment program for forensic evaluations: A preliminary report. *Journal of Forensic Sciences, 27*(1), 113-118.

Cavanaugh, J.L., & Wasyliw, O.E. (1985). Adjustment of the NGRI outpatient: An initial report. *Journal of Forensic Sciences, 30*, 24-30.

Cavanaugh, J.L. & Wasyliw, O.E. (1985). Treating the Not Guilty by Reason of Insanity outpatient: A two year study. *Bulletin of the American Academy of Psychiatry & Law, 13*(4), 407-415.

Cavanaugh, J.L., Wasyliw, O.E., & Rogers. R. (1985). The treatment of mentally disordered offenders. In J.O. Cavenar (Ed.), *Psychiatry.* Philadelphia: J.B. Lippincot.

Ganellen, R.J., Wasyliw, O.E., Haywood, T. & Grossman, L.G. (1996). Can psychosis be malingered on the Rorschach?: An empirical study. *Journal of Personality Assessment, 66*(1), 65-80.

Grossman, L.G., Haywood, T.W., Ostrov, E., Wasyliw, O.E., & Cavanaugh, J.L. (1990). Sensitivity of MMPI validity scales to motivational factors in psychological evaluations of police officers. *Journal of Personality Assessment, 55* (34), 549-561.

Grossman, L.G., Haywood, T.W., & Wasyliw, O.E. (1992). The evaluation of truthfulness in alleged sex offenders' self-reports: 16PF and MMPI validity scales. *Journal of Personality Assessment, 59*(2), 264-275.

Grossman, L.G., & Wasyliw, O.E. (1988). A psychometric study of stereotypes: Assessment of malingering in a criminal forensic group. *Journal of Personality Assessment, 52*(3), 321-333.

Grossman, L.S. Wasyliw, O.E., Benn, A., & Gyuorkoe, K.L. (2002) Can sex offenders who minimize on the MMPI conceal psychopathology on the Rorschach? *Journal of Personality Assessment, 78*(3), 484-501.

Haywood, T.W., Grossman, L.S., Kravitz, H.M., & Wasyliw, O.E. (1994). Profiling psychological distortion in alleged child molesters. *Psychological Reports, 75*, 915-927.

Orest Eugene Wasyliw, Ph.D.
Page - 6 -

Haywood, T.W., Kravitz, H.M., Grossman, L.S., Wasyliw, O.E., & Hardy, D.W. (1996). Psychological aspects of sexual functioning among cleric and non-cleric alleged sex offenders. *Child Abuse and Neglect. 20*(6), 527-536.

Haywood, T.W., Kravitz, H.M., & Wasyliw, O.E. (1996). Cycle of abuse and psychopathology in cleric and noncleric molesters of children and adolescents. *Child Abuse and Neglect, 20*(12), 1223-1243.

Mitchell, J., Rogers, R., Cavanaugh, J.L., & Wasyliw, O.E. (1981). The role of trait anxiety in violent and non-violent delinquent behavior. *The American Journal of Forensic Psychiatry, 4*, 20-28.

Rogers, R., Dolmetsch, R., Wasyliw, O.E., & Cavanaugh, J.L. (1981). Scientific inquiry in forensic psychiatry. *The International Journal of Law and Psychiatry, 5*, 187-203.

Rogers, R., Harris, M., & Wasyliw, O.E. (1983). Observed and self-reported psychopathology in NGRI acquitees in court-ordered outpatient treatment. *International Journal of Offender Therapy and Comparative Criminology, 27*, 143-149.

Rogers, R., Seman, W., & Wasyliw, O.E. (1983) The RCRAS and legal insanity: A cross validation study. *Journal of Clinical Psychology, 39*, 554-559.

Rogers, R., Wasyliw, O.E., & Cavanaugh, J.L. (1984). Evaluating insanity: A study of construct validity. *Law and Human Behavior, 8*, 293-303.

Rogers, R., Wasyliw, O.E., & Dolmetsch, R. (1982). Accuracy of MMPI decision rules in establishing DSM-III diagnoses. *Psychological Reports, 51*, 1283-1286.

Wasyliw, O.E., Benn, A.F., Grossman, L.S., & Haywood, T.W. (1998). Detection of minimization of psychopathology on the Rorschach in cleric and noncleric sex offenders. *Assessment 5*(4), 395-403.

Wasyliw, O.E., & Cavanaugh, J.C. (1989). Simulation of brain damage: Assessment and decision rules. *Bulletin of the American Academy of Psychiatry and Law, 17*(4), 373-386.

Wasyliw, O.E., Cavanaugh, J.L., & Grossman, L.G. (1988). Clinical considerations in the treatment of mentally disordered offenders. *International Journal of Law & Psychiatry, 11* 371-380.

Wasyliw, O.E., Cavanaugh, J.L., & Rogers, R. (1985) Beyond the scientific limits of expert testimony. *Bulletin of the American Academy of Psychiatry & Law, 13*(2), 147-158.

Orest Eugene Wasyliw, Ph.D.
Page - 7 -

Wasyliw, O.E., & Golden, C.J. (1985). Neuropsychological testing in the evaluation of personal injury claims. *Behavioral Sciences & the Law, 3*(2), 149-164.

Wasyliw, O.E., Grossman, L.G., Cavanaugh, J.L., & Haywood, T. (1988) The detection of malingering in forensic groups: MMPI validity scales. *Journal of Personality Assessment, 52,* 549-563.

Wasyliw, O.E., Grossman, L.S., & Haywood, T.W. (1994). Denial of hostility and psychopathology in the evaluation of child molestation. *Journal of Personality Assessment, 63*(1), 185-190.

Wasyliw, O.E., Haywood, T.W., Grossman, L.S., & Cavanaugh, J.L. (1993). The psychometric assessment of alcoholism in forensic groups: The MacAndrews Alcoholism Scale and response-bias. *Journal of Personality Assessment, 60*(2), 252-266.

## ABSTRACTS PUBLISHED

Cavanaugh, J.C., Haywood, T.W., Goldberg, J.,Wasyliw, O.E., & Kravitz, H.M. Developmental factors in cleric sexual misconduct. *Scientific Proceedings* of the 26th Annual Meeting of the American Academy of Psychiatry and the Law, Seattle, WA, October, 1995.

Cavanaugh, J.C., Wasyliw, O.E., Adelman, R.M., & Gill, J.G. The pre-trial consultation process: Advocacy and defense. *Scientific Proceedings* of the 20th Annual Meeting of the American Academy of Psychiatry & the Law. Washington DC, October 20, 1989.

Cavanaugh, J.L., Moulton, J., Tomsick, T.A., & Wasyliw, O.E. Forensic evaluation of head injury. *Scientific Proceedings* of the Annual Meeting of the American Academy of Psychiatry and the Law. Midwest Chapter, Cincinnati, OH, April, 1987.

Cavanaugh, J.L., Wasyliw, O.E., Grossman, L.G., & Ostrov, E. Psychometric test strategies for forensic assessments. *Scientific Proceedings* of the 139th Annual Meeting of the American Academy of Forensic Sciences, 128, 1987.

Ganellen, R.J., Wasyliw, O.E., Grossman, L.G., & Haywood, T. Can psychosis be faked on the Rorschach? A comparison of malingered and valid protocols. Midwinter Meeting of the Society for Personality Assessment, San Francisco, March 19, 1993.

Grossman, L.G., Wasyliw, O.E., Benn, A.F., & Gyoerkoe, K.L. Can sex offenders minimize psychopathology on the Rorschach? Midwinter Meeting of the Society for Personality Assessment, Albuquerque, NM, March 25, 2000.

Orest Eugene Wasyliw, Ph.D.
Page - 8 -

Grossman, L.G., Wasyliw, O.E., Benn, A.F., & Gyoerkoe, K.L. How psychologists can help psychiatrists in assessing sex offenders. *Scientific Proceedings* of the 154th Annual Meeting of the American Psychiatric Association, New Orleans. American Psychiatric Association Press, May 8, 2001.

Grossman, L.G, Wasyliw, O.E., Ostrov, E., & Janik, J. The use of psychological testing in forensic psychiatric assessments. *Scientific Proceedings* of the Annual Meeting of the Illinois Psychiatric Society, Chicago, IL, November 6-7, 1987.

Hardy, D.W., Rappeport, J., Cavanaugh, J.L., & Wasyliw, O.E. Delusions on trial: The Winn-Dixie Murder case. *Scientific Proceedings* of the 21st Annual Meeting of the American Academy of Psychiatry and the Law, San Diego, CA, October 26, 1990.

Hardy, D.W., Haywood, T.W., Kravitz, H.M., Grossman, L.S., & Wasyliw, O.E. Clerical misconduct with minors: Psychosexual issues. *Scientific Proceedings* of the 24th Annual Meeting of the American Academy of Psychiatry and the Law, San Antonio, TX, October 22, 1993.

Kelly, J.R., Glancey, G.D., Krueger, R.B., Wasyliw, O.E., & Bradford, J.M.W. (1998). Forensic evaluation of paraphilic stalkers. *Scientific Proceedings* of the 29th Annual Meeting of the American Academy of Psychiatry and the Law, New Orleans, LA, October, 1998.

Kelly, J.R., Hardy, D., Liles, S.F., & Wasyliw, O.E. "Physician, Heal Thyself": Insanity and the impaired physician. Scientific Proceedings of the 25th Annual Meeting of the American Academy of Psychiatry and the Law, Maui, HI, October 20, 1994.

McClung, M.R.,& Wasyliw, O.E. Subtyping sex offenders for possible SRRI response. *Scientific Proceedings* of the 24th Annual Meeting of the American Academy of Psychiatry and the Law, San Antonio, TX, October 24, 1993.

Wasyliw, O.E. The MMPI-2: Promises and pitfalls in forensic evaluations. *Scientific Proceedings* of the 24th Annual Meeting of the American Academy of Psychiatry and the Law, San Antonio, TX, October 22, 1993.

Wasyliw, O.E. Factors affecting choice time and persistence of choice in problem-solving under ambiguous conditions. *Dissertation Abstracts International, 41*, Issue 10, Part B, p. 3877.

Wasyliw, O.E. Psychometric advances in the forensic assessment of memory and feigned amnesia. *Scientific Proceedings* of the 41st Annual Meeting of the American Academy of Forensic Sciences, Las Vegas, NA, February 18, 1989.

Orest Eugene Wasyliw, Ph.D.
Page - 9 -

Wasyliw, O.E., & Cavanaugh, J.L. Adjustment of the NGRI outpatient: An initial report. *Scientific Proceedings* of the 36th Annual Meeting of the American Academy of Psychiatry and the Law, Anaheim, CA, 1983.

Wasyliw, O.E., & Cavanaugh, J.L. Treating the NGRI outpatient: A two-year study. *Scientific Proceedings* of the 15th Annual Meeting of the American Academy of Psychiatry and the Law, Paradise Island, Bahamas, October, 1984.

Wasyliw, O.E. & Cavanaugh, J.L. Simulation of brain damage: Assessment and decision rules. *Scientific Proceedings* of the 19th Annual Meeting of the American Academy of Psychiatry and the Law, San Francisco, CA, October 20-23, 1988.

Wasyliw, O.E., Ganellen, R.J., Grossman, L.S., Cavanaugh, J.L., & Haywood, T. Projective approaches to the assessment of malingering. *Scientific Proceedings* of the 23rd Annual Meeting of the American Academy of Psychiatry and the Law, Boston, MA, October 17, 1992.

Wasyliw, O.E., Grossman, L.G, Cavanaugh, J.L., & Haywood, T. Do insanity defendants malinger? *Scientific Proceedings* of the 140th Annual Meeting of the American Psychiatric Association. Chicago IL.: American Psychiatric Association Press, May, 1987.

Wasyliw, O.E., Haywood, T.W., & Grossman, L.S. Denial in priests accused of sex offenses. *Scientific Proceedings* of the 26th Annual Meeting of the American Academy of Psychiatry and the Law, Seattle, WA, October, 1995.

## PAPERS PRESENTED AT PROFESSIONAL AND SCIENTIFIC MEETINGS

Benn, Andrea, Grossman, Wasyliw, O.E., & Haywood, T. Validity of Rorschach minimization indicators for alleged sex offenders. 107th Annual Convention of the American Psychological Association. Boston, MA, August, 1988.

Ganellen, R.J., Grossman, L.S., Wasyliw, O.E., & Haywood, T. Can psychosis be malingered on the Rorschach: An empirical study. 101st Annual Convention of the American Psychological Association. Toronto, Canada, August 20, 1993.

Grossman, L.G, Cavanaugh, J.L., Haywood, T., & Wasyliw, O.E. A study of psychopathology and denial in sex offenders. 96th Annual Convention of the American Psychological Association. Atlanta, GA, August, 1988.

Orest Eugene Wasyliw, Ph.D.
Page - 10 -

Grossman, L.G., Cavanaugh, J.L., Haywood, T., & Wasyliw, O.E. Do paraphilic patients deny psychiatric symptoms? Annual Meeting of the Illinois Psychiatric Society. Chicago, October 28, 1988.

Grossman, L.G., Wasyliw, O.E., Cavanaugh, J.L., & Haywood, T. Can MMPI validity scales detect malingering in criminal forensic patients? 94th Annual Convention of the American Psychological Association. Washington, DC, August, 1986.

Grossman, L.G., Haywood, T., Wasyliw, O.E., Kelly, J., & Wilson, R. Evaluation of truthfulness of self-report: 16PF and MMPI validity scales. 99th Annual Convention of the American Psychological Association. San Francisco, CA, August 19, 1991.

Grossman, L.S. Wasyliw, O.E., Benn, A, & Gyuorkoe, K.L. Vulnerability of the Rorschach to efforts to "fake-good" by sex offenders. 109th Annual Convention of the American Psychological Association. San Francisco, California, August 26, 2001.

Hartman, D., Wasyliw, O.E., Malham, D., & Cohen, G. Workplace violence: A multidisciplinary forensic approach to prevention. Annual Convention of the Illinois Psychological Association. Chicago IL, November, 1995.

Haywood, T.W., Grossman, L.G., Cavanaugh, J.C., & Wasyliw, O.E. Subjective versus objective measurements of deviant sexual arousal in pedophiles. 97th Annual Convention of the American Psychological Association. New Orleans LA, August 11, 1989.

Haywood, T.W., Grossman, L.S., & Wasyliw, O.E. Assessment of response-bias among alleged sex offenders. 101st Annual Convention of the American Psychological Association. Toronto, Canada, August 20, 1993.

Haywood, T.W., Grossman, L.S., Wasyliw. O.E., & Kravitz, H.M. Sexual functioning in cleric alleged child molesters: A comparative study. 101st Annual Convention of the American Psychological Association. Toronto, Canada, August, 1993.

Haywood, T.W., Kravitz, H.M., Wasyliw, O.E., & Wilson, R.L. Clerical sexual misconduct and distortion in self-reported sexual functioning. 102nd Annual Convention of the American Psychological Association. Los Angeles, CA, August 14, 1994.

Haywood, T.W., Kravitz, H.M., & Wasyliw, O.E. Accuracy of the MMPI Pedophilia Scale. 15th Annual Research & Treatment Conference, The Association for the Treatment of Sexual Abusers, Chicago, IL, November 14, 1996.

Orest Eugene Wasyliw, Ph.D.
Page - 11 -

Haywood, T.W., Liles, S., Kravitz, H.M., & Wasyliw, O.E. (1998). Minimization and cognitive distortion in cleric and non-cleric alleged sex offenders. Presented at the Annual Meeting of the Association for the Treatment of Sex Offenders, Vancouver, BC, October, 1998.

Haywood, T.W., Wasyliw, O.E., & Kravitz, H.M. Utility of the MMPI Pedophilia Scale with alleged child molesters. 104th Annual Convention of the American Psychological Association. Toronto, Canada, August, 1996.

Kelly, J., Haywood, T.W., Liles, S., Wasyliw, O.E., Green, J., & Helms, R. Sexual aggression in cyberspace. 15th Annual Research & Treatment Conference, The Association for the Treatment of Sexual Abusers, Chicago, IL, November 14, 1996.

Ostrov, E., Grossman, L.G., Wasyliw, O.E., Haywood, T., & Cavanaugh, J.L. Police fitness for duty evaluations: Motivational influence on MMPI scores. 95th Annual Convention of the American Psychological Association. New York, NY, August, 1987.

Wasyliw, O.E. Beyond the scientific limits of expert testimony: The case of single vs. double ceiling. Eighth International Congress on Law and Psychiatry. Quebec City, Canada, June, 1982.

Wasyliw, O.E. Psychological effects of same-sexed rape in correctional facilities. Sixth Annual conference on Medical Care and Health Services in Correctional Institutions. Chicago, IL, October, 1982.

Wasyliw, O.E. Psychological and neuropsychological testing: Strategies for plaintiff and defense. *Psychological Damages: Advocacy & Defense.* Institute for Research and Development. Chicago, IL, October, 1987.

Wasyliw, O.E. Assessing honesty in child sexual molesters. Hall, C.N., & Camargo, RJ. (Chairs) Symposium: Sexual molestation of minors—Current developments in theory and prediction. 104th Annual Convention of the American Psychological Association. Toronto, Canada, August, 1996.

Wasyliw, O.E., Fletcher, T.A., & Haywood T.W. Effect of honesty warnings on MMPI-2 and IPI validity scales. 106th Annual Convention of the American Psychological Association. San Francisco, California, August 17, 1998.

Wasyliw, O.E., & Ganellen, R. (Co-Chairs). Symposium: Do psychological tests lie? Future directions in the detection of malingering. With Greene, R., Faust, D., Weiner, I., Grossman, L.G., & Haywood, T. 101st Annual Convention of the American Psychological Association. Toronto, Canada, August 20, 1993.

Orest Eugene Wasyliw, Ph.D.
Page - 12 -

Wasyliw, O.E., & Grossman, L.G. A psychometric study of stereotypes: Are insanity defendants "malicious malingerers?" 94th Annual Convention of the American Psychological Association. Washington, DC, August, 1986.

Wasyliw, O.E., Grossman, L.G., Haywood, T., Ostrov, E., & Cavanaugh, J.L. Efficacy of MMPI validity scales in mandatory fitness for duty police evaluations. 96th Annual Convention of the American Psychological Association. Atlanta, GA, August, 1988.

Wasyliw, O.E., Grossman, L.G., Cavanaugh, J.L., & Haywood, T. Is the MacAndrew Scale related to response-bias: A forensic study. 98th Annual Convention of the American Psychological Association. Boston, MA, August 23, 1990.

Wasyliw, O.E., Grossman, L.G., Haywood, T, and Liles, S. Denial of hostility, psychopathology, and paraphilia in alleged sex offenders. 99th Annual Convention of the American Psychological Association. San Francisco, CA, August 19, 1991.

Wasyliw, O.E., Grossman, L.G., Haywood, T, Johnson, S., and Liles, S. Measures of denial and cognitive distortion in alleged child molesters. Centennial Convention of the American Psychological Association. Washington, DC, August 18, 1992.

Wasyliw, O.E., & Haywood, T.W. Effects of minimization on personality profiles of alleged sex offenders. 102nd Annual Convention of the American Psychological Association. Los Angeles, CA, August 14, 1994.

Wasyliw, O.E., Haywood, T.W., & Grossman, L.G. Rorschach sensitivity to psychopathology in cleric alleged sex offenders. 103rd Annual Convention of the American Psychological Association. New York, NY, August 14, 1995.

Wasyliw, O.E. & Haywood, T.W. Profiling cleric offenders: Strategies for assessing honesty, personality, and risk. 18th Annual Research & Treatment Conference, The Association for the Treatment of Sexual Abusers, Orlando, FA, September 24, 1999.

Wasyliw, O.E., & Kelly, J. Medication issues and interpreting reports. Illinois Chapter of The Association for the Treatment of Sexual Abusers, Normal, IL, May 9, 2002.

**Revised: August 15, 2003**

Fax:    May 12 2008 01:02pm P016/018
Revised 11-27-07

# Curriculum Vitae

# David W. Carrington, M.D.

## CURRENT PROFESSIONAL CAPACITY:

Private practice of forensic psychiatry
Cavanaugh & Associates
1725 W. Harrison - Suite 110
Chicago, IL 60612

Director of Psychiatric Services
The Isaac Ray Center
Cermak Health Services of Cook County
Cook County Jail, Chicago, IL

## LICENSURE:

Unrestricted license to practice medicine in Illinois
License No. 036-102190

Unrestricted D.E.A. license since 1996

## BOARD CERTIFICATION:

ABPN - Diplomate of the American Board of Psychiatry and Neurology
Certificate No. 44263, conferred November, 1997
Recertification granted April, 2007

ABPN - Added Qualifications in Forensic Psychiatry, April, 1998
Certificate No. 798, conferred April, 1998

## ACADEMIC APPOINTMENTS/AFFILIATIONS:

| | |
|---|---|
| 10/02 - present | Assistant Professor of Psychiatry<br>Rush Medical College<br>Chicago, Illinois |
| 10/02 - present | Assistant Director for Psychiatric Education<br>Rush Medical College, Section on Psychiatry and the Law<br>Chicago, Illinois |
| 4/02 - 7/02 | Associate Director of Forensic Psychiatry Fellowship Program<br>The Isaac Ray Center Inc.<br>1725 West Harrison St., Suite 110<br>Chicago, Illinois 60612 |

David Carrington
Curriculum Vitae
Page 2

| | |
|---|---|
| 7/00 - 3/02 | Staff psychiatrist at the Elgin Mental Health Center, forensic treatment Program, Elgin, Illinois |

## ACADEMIC APPOINTMENTS/AFFILIATIONS(cont'd)

| | |
|---|---|
| 7/96 - 7/00 | Staff psychiatrist at Feliciana Forensic Faculty, Jackson, Louisiana |
| 7/98 - 7/00 | Consulting psychiatrist to the Community Forensic Services Program or a twelve Parish region of Louisiana |

## ADMINISTRATIVE APPOINTMENTS/EXPERIENCE:

Director of Psychiatric Services, Cermak Health Services of Cook County (Cook County Jail)

Secretary/Treasurer of the Isaac Ray Center, Chicago Illinois

Member of the Board of Directors, Isaac Ray Center

Strategic leadership seminar, Center for Nonprofit Management, Kellogg School of Management, Chicago Illinois

Chairman, Health Information (medical records) Committee
East Louisiana Mental Health System.

Co-Chair, Infection Control Committee, East Louisiana Mental Health System

Forensic Division Physician Representative, Human Rights Committee
East Louisiana Mental Health System

Medical Staff President, Elgin Mental Health Center

Physician Representative, Pharmacy and Therapeutics Committee
Elgin Mental Health Center

## EDUCATION:

| | |
|---|---|
| 10/83 - 6/88 | Undergraduate<br>University of California at Los Angeles, Los Angeles, California<br>Bachelor of Science in Kinesiology conferred 6/10/88. |
| 8/88 - 5/92 | Medical School<br>Creighton University School of Medicine, Omaha, Nebraska |

David Carrington
Curriculum Vitae
Page 3

Doctor of Medicine conferred 5/9/92

7/92 - 6/96        Residency
                   Tulane University School of Medicine, Department of Psychiatry
                   New Orleans, Louisiana
                   Residency in psychiatry completed 6/30/96
                   Chief Resident in psychiatry 7/1/95 - 6/30/96

7/96 - 6/98        Fellowship
                   Tulane University School of Medicine, Department of Forensic
                   Neuropsychiatry
                   New Orleans, Louisiana

## PROFESSIONAL AFFILIATIONS:

American Medical Association
American Psychiatric Association
American Academy of Psychiatry and the Law