IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08- CR-111 |
| | ) | Hon. James B. Zagel |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY MEYERS, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF MOTION</u>**

To:    Steven Bloch
        Assistant United States Attorney
        219 S. Dearborn
        Chicago IL 60604

        PLEASE TAKE NOTICE THAT at 10:15 am on Thursday, June 5, 2008, I shall appear before the Hon. James B. Zagel in Courtroom 2503 of the United States Court House, 219 S. Dearborn, Chicago IL 60604, and then and there present DEFENDANT ANTHONY MEYER'S MOTION FOR PERMISSION TO EMPLOY PSYCHIATRISTS AND FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS AND 12.2 NOTICES, a copy of which is attached hereto and hereby served upon you.

Date: June 3, 2008.                                                                       By: <u>/s Timothy P. O'Connor</u>

Timothy P. O'Connor
MEYER & O'CONNOR, LLC
Suite 2210
20 S. Clark Street
Chicago IL 60603
(312)-346-9000

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby states that he caused a copy of the foregoing

NOTICE OF MOTION to be served upon

Steven Bloch<br>
Assistant United States Attorney<br>
219 S. Dearborn<br>
Chicago IL 60604

by electronic service on this 3rd day of June, 2008.

/s Timothy P. O'Connor