# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                      Case No.: 1:08−cr−00111
                                                            Honorable James B. Zagel

Anthony Meyers

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 6/5/2008. Motion for medical examination [23], for permission to employ psychiatrists, and motion for extension of time until 7/22/2008 to file additional pretrial motions [23] is granted. Status hearing (7−1−2008) is reset for 7/22/2008 at 10:00 AM. Order time excluded in the interest of justice pursuant to 18:3161(h)(8)(B)(iv) from 7/1/2008 to 7/22/2008.Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.